IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **SYMBOLY INNOVATIONS, LLC,** | Civil Action No.: 1:21-cv-00159-LY |
| Plaintiff, | |
| v. | **TRIAL BY JURY DEMANDED** |
| **COLDWELL BANKER REAL ESTATE, LLC,** | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Now comes Plaintiff, Symbology Innovations, LLC, by and through its counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(i), and hereby voluntarily dismisses all of the claims asserted against Defendant Coldwell Banker Real Estate, LLC in the within action WITHOUT PREJUDICE. Coldwell Banker Real Estate, LLC has not served an answer or a motion for summary judgment.

Dated: April 6, 2021

Respectfully submitted,

SAND, SEBOLT & WERNOW CO., LPA

*/s/ Andrew S. Curfman*
Andrew S. Curfman (*Pro hac vice*)
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: andrew.curfman@sswip.com

Jay Johnson
KIZZIA & JOHNSON, PLLC
1910 Pacific Avenue – Suite 13000
Dallas, Texas 75201
Telephone: (214) 451-0164
Facsimile: (214) 451-0165
Email: jay@kjpllc.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on April 6, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                              */s/ Andrew S. Curfman*
                                              Andrew S. Curfman